UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

FILED
2006 APR 27 PM 4:59
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>*ex rel.* )<br>DR. WILLIAM MESHEL and )<br>DR. MAN TAI LAM, )<br>)<br>Relators, )<br>)<br>v. )<br>)<br>TENET HEALTHCARE )<br>CORPORATION, )<br>)<br>Defendant. )<br>_____) | Civil Action No. EP-02-CA-0525<br>Honorable Kathleen Cardone |

## RELATORS CERTIFICATE OF SERVICE

Comes now, Relators, by and through their attorney of record, and certifies service upon counsel of their Response to Defendant's Motion to Dismiss, Motion for an Excess of Pages and Orders. Said service was completed April 27, 2006. Said service was done in compliance with this Court's Order Governing Motion Practice.

Respectfully submitted,

*ANTONIO V. SILVA, P.C.*

By:_____
Antonio V. Silva
State Bar No.: 18351350
N.M. Bar No.: 3769
2616 Montana Avenue
El Paso, Texas 79903
Telephone: (915) 564-5444
Facsimile: (915) 564-4413

Relators' Certificate of Service

Philip R. Michael (admitted *pro hac vice*)
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: (212) 704-6318
Facsimile: (212) 704-6288

Mark E. Nagle (admitted *pro hac vice*)
TROUTMAN SANDERS LLP
401 9th St., NW, Suite 1000
Washington, D.C. 20004-2134
Tel: (202) 274-2972
Facsimile: (202) 654-5666

Stephen Meagher (admitted *pro hac vice*)
The Law Offices of Stephen Meagher
One Embarcadero
San Francisco, CA 94111
Tel: (415) 773-2827

*Counsel for Plaintiff-Relators*

## CERTIFICATE OF MAILING

I, Antonio V. Silva, do hereby certify that a true and accurate copy of the foregoing was hand delivered to Mr. Joseph Hood, Attorney at Law, SCOTT HULSE, 1100 Chase Tower, 201 E. Main, El Paso, Texas 79901, and mailed to Ms. Catherine Lauer, Esq., Latham & Watkins, 600 West Broadway, Ste. 1800, San Diego, CA 92101, Mr. Mitch Wiedenbach, Assistant U.S. Attorney, United States Attorneys Office, 601 NW Loop 410, Ste 600, San Antonio, TX 78216, and Ms. Rachel B. Irish, Trial Attorney, Civil Division, U. S. Department of Justice, P.O. Box 261, Ben Franklin Station, Washington, DC 20044, on this 27th day of April 2006.

_____
Antonio V. Silva