UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| U.S. ex rel. MESHEL, et al. ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. EP-02-CA-0525 |
| ) | |
| v. ) | |
| ) | |
| TENET HEALTHCARE CORPORATION ) | |
| ) | |
| Defendant. ) | |

FILED
2006 JUN 30 AM 11: 13
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY
KC

## UNITED STATES' NOTICE OF SETTLEMENT OF CLAIMS AGAINST TENET HEALTHCARE CORPORATION

The United States respectfully advises this Court that the United States, on June 29, 2006, entered into a settlement agreement ("Settlement Agreement") with Tenet Healthcare Corp. ("Tenet") and its hospitals that has resolved a wide range of allegations. Among the topics resolved by the Settlement Agreement are allegations that Tenet's claims for outlier payments violated the False Claims Act, which have been raised by the relators in the instant case.

For the reasons previously stated in Tenet's filings, as well as the United States' filings in this matter, the United States continues to take the position that relators Meshel and Lam are prohibited under the False Claims Act from pursuing allegations against Tenet involving outlier payments. The United States nonetheless wished to apprise the Court of the Settlement Agreement, given the fact that its scope encompassed some of the allegations made by the relators. The Court should note that the Settlement Agreement expressly excluded the relators' kickback allegations, so the relators remain free to continue

to pursue them in the event that these allegations withstand Tenet's motion to dismiss.

                                      Respectfully submitted,

                                      PETER D. KEISLER
                                      Assistant Attorney General

                                      MICHAEL F. HERTZ
                                      MICHAEL D. GRANSTON

                                      */s/ Mitchell L. Weidenbach*
                                      RACHEL B. IRISH
                                      Attorneys, U.S. Department of Justice
                                      Civil Division
                                      Post Office Box 261
                                      Ben Franklin Station
                                      Washington, D.C.
                                      Tel: (202) 307-5928
                                      Fax: (202) 514-0280

                                      JOHNNY SUTTON
                                      UNITED STATES ATTORNEY

                                      MITCHELL L. WEIDENBACH
                                      Assistant United States Attorney
                                      Texas Bar No. 21076600
                                      601 N. W. Loop 410, Suite 600
                                      San Antonio, Texas 78216
                                      Tel:  (210) 384-7360
                                      Fax:  (210) 384-7312

                                      ATTORNEYS FOR THE
                                      UNITED STATES OF AMERICA

Dated: June 29th, 2006

## CERTIFICATE OF SERVICE

This is to certify that copies of the foregoing United States' Notice of Settlement of Claims Against Tenet Healthcare Corporation have been served by Federal Express, next-day delivery and by email, this 29th day of June 2006, on:

> Antonio V. Silva
> Antonio V. Silva, P.A.
> 2616 Montana
> El Paso, Texas 79903
>
> *Attorney for Relator*
>
> Joseph L. Hood, Jr.
> Scott, Hulse, Marshall, Feuille,
>   Finger & Thurmond, P.C.
> P.O. Box 99123
> El Paso, Texas 79999-9123
>
> *Attorney for Defendant*

and by Federal Express on:

> Philip Michael
> Troutman Sanders LLP
> 405 Lexington Avenue
> New York, NY 10174
>
> Mark Nagle
> Troutman Sanders LLP
> 401 Ninth Street, NW
> Suite 100
> Washington, DC 20004-2134
>
> *Attorneys for Relator*
>
> Roger Goldman
> Latham & Watkins
> 555 Eleventh St., N.W., Suite 1000
> Washington, D.C. 20004

Katherine A. Lauer
Latham & Watkins
600 West Broadway, Suite 1800
San Diego, CA 92101

*Attorneys for Defendant Tenet*

_____
Mitchell L. Weidenbach