IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2006 SEP -1  AM 11: 11
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
      DEPUTY

HONORABLE KATHLEEN CARDONE § ALL CIVIL CASES

## STANDING ORDER ON PROVISION OF CHAMBER'S COPY

In all cases that have been assigned to the Electronic Case Filing Program, the parties shall file all documents in accordance with the Electronic Case Filing Program rules, the Federal Rules, the local rules, and any other applicable law. Parties shall not *file* a paper copy of any document with the Clerk's Office that has already been filed electronically. However, with respect to any document that requires Court action, the moving party shall *deliver* to the Clerk's Office one paper copy of all motions, oppositions, replies, and supporting documents.[1] If the non-moving party fails to respond or does not oppose the motion, the moving party shall include a written notice to that effect.

The moving party shall deliver these documents to the Clerk's Office no later than noon on the day after the last document relating to the requested Court action is filed electronically or otherwise.[2] These printed papers shall be marked "Chamber's Copy" and shall be submitted to the Clerk's Office in an envelope clearly marked with the judge's name, the case number, and the

---

[1] If there is a joint request for Court action, the parties must designate who will provide the bundle.

[2] In other words, this standing order applies to *all* documents requesting Court action, not just those filed electronically.

title "E-filing Chamber's Copy." The Clerk's Office shall then deliver said documents to this Court's chambers by the end of each day.

**SO ORDERED.**

**SIGNED** on this 1st day of September 2006.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE